# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**JACQUELINE ESRY,**
**individually and on behalf**
**of others similarly situated**                                                  **PLAINTIFF**

v.                             Case No. 4:18-cv-00157-KGB

**BJ'S RESTAURANTS, INC.,**
**and BJ'S RESTAURANT**
**OPERATIONS COMPANY d/b/a**
**BJ'S RESTAURANT & BREWHOUSE**                                     **DEFENDANTS**

## ORDER

Before the Court is the parties joint status report (Dkt. No. 9). On April 13, 2018, the Court entered an Order staying this case pending the United States Supreme Court's decision concerning a split in the Circuit Court of Appeals on the issue of whether arbitral class waivers are enforceable under the National Labor Relations Act, 29 U.S.C. § 151, *et seq*. *See Morris v. Ernst & Young, LLP*, 834 F.3d 975 (9th Cir. 2016), *cert. granted*, 137 S. Ct. 809 (U.S. Jan. 13, 2017) (No. 16-300). The Court also ordered the parties to notify the Court promptly once the Supreme Court reached a decision in *Morris* and to provide a written status report to the Court within seven days of the issuance of the Supreme Court's decision in *Morris* (Dkt. No. 8, at 1-2).

The parties filed the current status report in accordance with the Court's April 13, 2018, Order to notify the Court about the Supreme Court's decision in *Morris*. In the report, the parties request the Court to stay this case pending arbitration (Dkt. No. 9, ¶ 2). On May 21, 2018, the Supreme Court held that arbitral class waivers are enforceable under the National Labor Relations Act. *Epic Systems Corp. v. Lewis*, 138 S. Ct. 1612 (2018) (consolidating related cases including *Morris*). The parties represent that they are parties to an enforceable arbitration agreement that

covers all claims brought by plaintiff Jacqueline Esry, individually and on behalf of all others similarly situated, in the instant lawsuit (Dkt. No. 9, ¶ 2). For good cause shown, the Court stays this case and all proceedings in this action pending the conclusion of arbitration proceedings. The parties shall jointly submit a notice updating the Court on the status of this case no later than 10 days following the completion of arbitration. Either party may apply to this Court for an order confirming the arbitration award. It is further ordered that the Clerk of Court shall close this case for administrative purposes pending completion of the arbitration.

It is so ordered, this 29th day of October, 2018.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge