**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**JACQUELINE ESRY**                                                                                                                   **PLAINTIFF**

**v.**                        **Case No. 4:18-cv-00157 KGB**

**BJ'S RESTARANTS, INC.,** *et al.*                                                            **DEFENDANT**

## ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice (Dkt. No. 11). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

For good cause shown, the Court adopts the stipulation of dismissal. The action is dismissed with prejudice, and each party shall bear his or its own costs and fees.

It is so ordered this 25th day of August, 2020.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge